FILED

MAR 17 2026

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**DAVID AARON SANDERS and TAMARA RENAE SHORT,**<br><br>   Defendants. | Criminal No.   **3:26-CR-5**<br><br>Violations:   **21 U.S.C. § 841(a)(1)**<br>   **21 U.S.C. § 841(b)(1)(B)**<br>   **21 U.S.C. § 846** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute and to Distribute 40 Grams or More of a Fentanyl Mixture and 28 Grams or More of Cocaine Base)

In or about January 2025, in Jefferson County, in the Northern District of West Virginia, and elsewhere, defendants **DAVID AARON SANDERS** and **TAMARA RENAE SHORT**, did unlawfully, knowingly, intentionally, and without authority combine, conspire, confederate, agree and have a tacit understanding with each other and other persons to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute 40 grams or more of fentanyl and 28 grams or more of cocaine base, Schedule II controlled substances; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B).

1

## COUNT TWO

(Possession with Intent to Distribute 40 Grams or More of a Fentanyl Mixture)

On or about January 28, 2025, in Jefferson County, in the Northern District of West Virginia, defendants **DAVID AARON SANDERS** and **TAMARA RENAE SHORT,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

(Possession with Intent to Distribute 28 Grams or More of Cocaine Base)

On or about January 28, 2025, in Jefferson County, in the Northern District of West Virginia, defendants **DAVID AARON SANDERS** and **TAMARA RENAE SHORT,** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or directly, as a result of such offense.

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
MATTHEW L. HARVEY
United States Attorney

Lara K. Omps-Botteicher
Morgan S. McKee
Assistant United States Attorney

4